| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| G6Y | 094076 | 000001 | | 0000280062 | 1 |

# Earnings Statement



INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Period Beginning: 06/16/2016
Period Ending: 06/30/2016
Pay Date: 07/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  OH: 4

TAMMY T. WARREN
20390 WESTPORT AVE.
UNIT DOWN
EUCLID, OH 44123

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1646.68 | 88.40 | 1,646.68 | |
| Leave Wo Pay | | | | -1,730.86 |
| **Gross Pay** | | | **$1,646.68** | 19,675.98 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| P T O Bal Hrs | | 12.67 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -37.18 | 324.56 |
| | Social Security Tax | -102.09 | 1,219.91 |
| | Medicare Tax | -23.88 | 285.30 |
| | OH State Income Tax | -37.44 | 428.95 |
| | Richmond Hei Income Tax | -37.05 | 442.71 |
| | Other | | |
| | Garnishment | | -160.71 |
| | **Net Pay** | **$1,409.04** | |
| | Saving | -1,409.04 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,646.68

© 2000 ADP, LLC

INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Advice number: 00000280062
Pay date: 07/15/2016

Deposited to the account of
TAMMY T. WARREN

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxx6469 | xxxx xxxx | $1,409.04 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| G6Y | 094076 | 000001 | | 0000260061 | 1 |

# Earnings Statement



INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Period Beginning: 06/01/2016
Period Ending: 06/15/2016
Pay Date: 06/30/2016

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 7
　OH: 4

TAMMY T. WARREN
20390 WESTPORT AVE.
UNIT DOWN
EUCLID, OH 44123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1646.68 | 89.90 | 1,646.68 | |
| Leave Wo Pay | | | | -1,730.86 |
| **Gross Pay** | | | **$1,646.68** | 18,029.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.18 | 287.38 |
| | Social Security Tax | -102.10 | 1,117.82 |
| | Medicare Tax | -23.87 | 261.42 |
| | OH State Income Tax | -37.44 | 391.51 |
| | Richmond Hei Income Tax | -37.05 | 405.66 |
| | **Other** | | |
| | Garnishment | | -160.71 |
| | **Net Pay** | **$1,409.04** | |
| | Saving | -1,409.04 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,646.68

© 2000 ADP, LLC

INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Advice number: 00000260061
Pay date: 06/30/2016

Deposited to the account of
TAMMY T. WARREN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6469 | xxxx xxxx | $1,409.04 |

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| G6Y | 094076 | 000001 | | 0000230061 | 1 |

# Earnings Statement



INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Period Beginning: 05/16/2016
Period Ending: 05/31/2016
Pay Date: 06/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  OH: 4

TAMMY T. WARREN
20390 WESTPORT AVE.
UNIT DOWN
EUCLID, OH 44123

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1646.68 | 89.00 | 1,646.68 | |
| Holiday Earn | | 8.00 | | |
| Leave Wo Pay | | | | -1,730.86 |
| **Gross Pay** | | | **$1,646.68** | 16,382.62 |

| Deductions | | | |
|------------|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -37.18 | 250.20 |
| Social Security Tax | | -102.09 | 1,015.72 |
| Medicare Tax | | -23.88 | 237.55 |
| OH State Income Tax | | -37.44 | 354.07 |
| Richmond Hei Income Tax | | -37.05 | 368.61 |
| **Other** | | | |
| Garnishment | | | -160.71 |
| **Net Pay** | | **$1,409.04** | |
| Saving | | -1,409.04 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| P T O Bal Hrs | | -28.69 |

Your federal taxable wages this period are
$1,646.68

© 2000 ADP, LLC

INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON , MD 20749

Advice number: 00000230061
Pay date: 06/15/2016

Deposited to the account of
TAMMY T. WARREN

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxx6469 | xxxx xxxx | $1,409.04 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| G6Y | 094076 | 000001 | | 0000210060 | 1 |

# Earnings Statement



INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON, MD 20749

Period Beginning: 05/01/2016
Period Ending: 05/15/2016
Pay Date: 05/27/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  OH: 4

TAMMY T. WARREN
20390 WESTPORT AVE.
UNIT DOWN
EUCLID, OH 44123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1646.68 | 61.90 | 1,646.68 | |
| Leave Wo Pay | | 26.10 | -343.90 | -1,730.86 |
| Gross Pay | | | $1,302.78 | 14,735.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| P T O Bal Hrs | | -28.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.79 | 213.02 |
| | Social Security Tax | -80.77 | 913.63 |
| | Medicare Tax | -18.89 | 213.67 |
| | OH State Income Tax | -25.96 | 316.63 |
| | Richmond Hei Income Tax | -29.31 | 331.56 |
| | Other | | |
| | Garnishment | | -160.71 |
| | Net Pay | $1,145.06 | |
| | Saving | -1,145.06 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$1,302.78

© 2000 ADP, LLC

INTEGRATED MANAGEMENT RESOURCES GROUP INC
P.O. BOX 44701
FORT WASHINGTON , MD 20749

Advice number: 00000210060
Pay date: 05/27/2016

Deposited to the account of
TAMMY T. WARREN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6469 | xxxx xxxx | $1,145.06 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**