UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-14047 |
| | ) | |
| TAMMY WARREN | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |

## MOTION FOR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY

Now comes Debtor, by and through counsel, and hereby moves this Honorable Court for an award of sanctions pursuant to 11 U.S.C. § 362(k)(1) against Daniel Mieras (the "Landlord") due to his repeated wilful violations of the automatic stay provisions of 11 U.S.C. § 362, including, but not limited to Debtor's expenses and legal fees incurred as a result of the continuing harassment and collection activities.

For cause, Debtor filed a Chapter 7 Bankruptcy petition herein on July 25, 2016, and duly listed her Landlord as a creditor in both Schedules F & G. Debtor immediately notified the Landlord of her bankruptcy proceeding upon filing, but he continues to show up at her residence, leave notices, and park in the street for prolonged periods of time. The Landlord also commenced an eviction action against Debtor in the Euclid Municipal Court on August 3, 2016 in violation of the automatic stay pursuant to 11 U.S.C. § 362 (see attached). After the state court was notified of Debtor's pending bankruptcy proceeding, the Landlord proceeded to file a Motion for Relief from Stay with this Court on August 11, 2016. Despite his undeniable knowledge of Debtor's bankruptcy and the automatic stay, the Landlord continues to leave notices and park in front of her residence. These actions have scared and greatly intimidated Debtor and her family, and constitute attempts to obtain possession and control of property from the bankruptcy estate and/or Debtor, and to recover a pre-petition claim from Debtor, in violation of the automatic stay. 11 U.S.C. § 362(a)(1), (3), (5) & (6).

Given the Landlord's persistence in contacting and harassing Debtor, his actions in this case must be deemed as wilful and egregious.

WHEREFORE, Debtor moves this Court for an award of his actual damages, including costs and attorney's fees to be adduced at trial or via affidavit, together with punitive damages and such other and further relief as the Court deems proper. Debtor further demands that the Landlord be ordered to purge his violation of the automatic stay in this matter by dismissing his complaint against Debtor in the state court as filed after Debtor's bankruptcy filing, and then restarting the eviction process in compliance with Ohio law

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Hts., OH  44124
P: (440) 461-4433
F: (440) 461-4434
Cjvlaw@prodigy.net

**CERTIFICATE OF SERVICE**

A copy of the foregoing Objection was sent via regular U.S. Mail (or ECF) on August 16, 2016, to the following parties:

David O. Simon (via ECF)
Chapter 7 Trustee
david@simonlpa.com

Sarah S. Graham (via ECF)
Attorney for Daniel Mieras
sgraham@pfl-law.com

Daniel Mieras
9615 Denison Ave.
Cleveland, OH  44102

Mardok LLC
32818 Walker Rd., Suite 295
Avon Lake, OH 44012

/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor

# Civil Case Summary

## General Information
Case Number : 16CVG02876
Case Name : DANIEL MIERAS v. TAMMY WARREN
Date Filed : 8/3/2016
Case Status : Open

## Parties

| Party Name | Party Address | Attorney Name | Label |
|---|---|---|---|
| DANIEL MIERAS | 9615 DENISON AVENUE CLEVELAND, OH 44102 | ROBERT FRIEDMAN | Plaintiff |
| TAMMY WARREN | 840 EAST 236TH STREET EUCLID, OH 44123 | | Defendant |

## Services

| Requested For | Requested On | Requested By | Party Served | Method | Status | Completed On |
|---|---|---|---|---|---|---|
| FED 2ND CAUSE | 8/11/2016 | DANIEL MIERAS | TAMMY WARREN | Regular Mail w/receipt | Perfected | 8/11/2016 |
| FED 2ND CAUSE | 8/11/2016 | DANIEL MIERAS | TAMMY WARREN | Bailiff in Euclid | Failed | 8/12/2016 |

## Claims/Judgments

| Claim Number | Claim Description | Date Filed | Claim Type | Prayer Amount |
|---|---|---|---|---|
| 1 | DANIEL MIERAS v. TAMMYY WARREN | 8/3/2016 | | $15,000.00 |
| | Judgment Number | Judgment | Judgment Date | Judgment Amount |
| | 1 | | 8/12/2016 | |

## Hearing Information

| Description | Court Date | Court Time | Court Room | Heard By |
|---|---|---|---|---|
| 1st Cause/Judge | 9/6/2016 | 9:00:00 AM | 2 | |

## Docket Information

NOTE: The Docket Information below is an abbreviated version of the actual Docket Entry. Only the first 60 characters of each line will show.
Click Here to display Full Docket Entry or contact the court for the full text entry.

| Entry Date | Entry |
|---|---|
| 8/12/2016 | Civil Journal Bankruptcy created in Book 127 Page 425 |
| 8/12/2016 | Judgment BANKRUPTCY STAY for TAMMY WARREN rendered. Judgme |
| 8/12/2016 | NOTICE filed by DANIEL MIERAS/Plaintiff on 08/12/2016 /by a |
| 8/12/2016 | Service for FED 2ND CAUSE to TAMMY WARREN sent via Bailiff i |
| 8/11/2016 | Return of Service Form Notice sent to TAMMY WARREN |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMY WARREN via Regular Mail w |
| 8/11/2016 | Service for FED 2ND CAUSE to TAMMY WARREN sent via Regular M |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMY WARREN via Certified Mail |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMYY WARREN via Bailiff in Eu |
| 8/11/2016 | Hearing Scheduled Notice sent to DANIEL MIERAS |

| Date | Description |
|---|---|
| 8/11/2016 | Paid $25.74 for Cost/LEGAL AID - STATE receipt# 2016313592 |
| 8/11/2016 | Paid $10.00 for Cost/CIVIL COMPUTER FUND receipt# 201631359 |
| 8/11/2016 | Paid $94.00 for Cost/CIVIL FILING FEE receipt# 2016313592 b |
| 8/11/2016 | Paid $0.26 for Cost/LEGAL AID - CITY receipt# 2016313592 by |
| 8/11/2016 | Paid $10.00 for Cost/CIVIL SPECIAL PROJECTS receipt# 201631 |
| 8/11/2016 | Original Claim for $15000.00 Filed, DANIEL MIERAS |
| 8/11/2016 | 1st Cause/Judge set for 09/06/2016 at 09:00 AM in room 2 |

Limitation on Liability.

Copyright © 2006 Euclid Municipal Court. All rights reserved.

Comments or Questions : ContactUs

This Web Site has been optimized for 1024x768 resolution.