UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-14047 |
| | ) | |
| TAMMY WARREN | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |

### NOTICE OF MOTION FOR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY

The Debtor has filed a Motion for Sanctions for Violation of Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **September 6, 2016**, you or your attorney must:

1. File with the Court a written request for a hearing and a written response explaining your position at:

> Clerk of Court
> U.S. Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, OH 44114-1235

If you mail your request for hearing and response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. You must also mail a copy to:

> Charles J. Van Ness
> Attorney for Debtor
> 6181 Mayfield Road, Suite 104
> Mayfield Heights, OH 44124

3. Attend the hearing scheduled to be held on **September 13, 2016**, at **10:00 a.m.** in Courtroom #1A, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Heights, OH  44124
Phone:(440) 461-4433
Fax: (440) 461-4434
CJVLaw@prodigy.net

## CERTIFICATE OF SERVICE

The foregoing NOTICE was sent via regular U.S. Mail (or ECF) August 16, 2016 to the following parties:

David O. Simon (via ECF)
Chapter 7 Trustee
david@simonlpa.com

Sarah S. Graham (via ECF)
Attorney for Daniel Mieras
sgraham@pfl-law.com

Daniel Mieras
9615 Denison Ave.
Cleveland, OH  44102

Mardok LLC
32818 Walker Rd., Suite 295
Avon Lake, OH 44012

/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor