UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-14047 |
| | ) | |
| TAMMY WARREN | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |

## OBJECTION TO MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF DANIEL MIERAS

Now comes Debtor, by and through counsel, and hereby objects to the Motion for Relief from Stay and Abandonment as filed with this Court by Daniel Mieras ("Movant") as improper and unjustified.

For cause, Debtor filed a Chapter 7 Bankruptcy petition herein on July 25, 2016. Movant thereafter commenced an eviction action against Debtor in the Euclid Municipal Court on August 3, 2016 in violation of the automatic stay pursuant to 11 U.S.C. § 362 (see attached). Movant is not entitled to relief from stay because the eviction action before the state court was filed in violation of automatic stay, and therefore deemed void as a matter of law. *Easley v. Pettibone Michigan Corp.*, 990 F.2d 905 (6th Cir. 1993). Accordingly, Movant will need to dismiss its complaint against Debtor in the state court since it was filed after Debtor's bankruptcy filing, and then restart the eviction process in compliance with Ohio law. Any order granting relief from stay in this matter must include this stipulation in order to purge Movant's violation of the automatic stay.

WHEREFORE, Debtor demands that Movant's Motion for Relief from Stay and Abandonment be denied, and for such other and further relief as this Court deems proper.

Respectfully submitted,


/s/ Charles J. Van Ness
Charles J. Van Ness  (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Hts., OH  44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLaw@prodigy.net


CERTIFICATE OF SERVICE

      A copy of the foregoing Motion was sent via regular U.S. Mail (or ECF) on August 17, 2016, to:

| | |
|---|---|
| David O. Simon (via ECF) | Sarah S. Graham (via ECF) |
| Chapter 7 Trustee | Attorney for Movant |
| documents@simonlpa.com | sgraham@pfl-law.com |


/s/ Charles J. Van Ness
Attorney for Debtor

## Civil Case Summary

### General Information
Case Number : 16CVG02876
Case Name : DANIEL MIERAS v. TAMMY WARREN
Date Filed : 8/3/2016
Case Status : Open

### Parties

| Party Name | Party Address | Attorney Name | Label |
|---|---|---|---|
| DANIEL MIERAS | 9615 DENISON AVENUE CLEVELAND, OH 44102 | ROBERT FRIEDMAN | Plaintiff |
| TAMMY WARREN | 840 EAST 236TH STREET EUCLID, OH 44123 | | Defendant |

### Services

| Requested For | Requested On | Requested By | Party Served | Method | Status | Completed On |
|---|---|---|---|---|---|---|
| FED 2ND CAUSE | 8/11/2016 | DANIEL MIERAS | TAMMY WARREN | Regular Mail w/receipt | Perfected | 8/11/2016 |
| FED 2ND CAUSE | 8/11/2016 | DANIEL MIERAS | TAMMY WARREN | Bailiff in Euclid | Failed | 8/12/2016 |

### Claims/Judgments

| Claim Number | Claim Description | Date Filed | Claim Type | Prayer Amount |
|---|---|---|---|---|
| 1 | DANIEL MIERAS v. TAMMYY WARREN | 8/3/2016 | | $15,000.00 |
| | Judgment Number | Judgment | Judgment Date | Judgment Amount |
| | 1 | | 8/12/2016 | |

### Hearing Information

| Description | Court Date | Court Time | Court Room | Heard By |
|---|---|---|---|---|
| 1st Cause/Judge | 9/6/2016 | 9:00:00 AM | 2 | |

### Docket Information
NOTE: The Docket Information below is an abbreviated version of the actual Docket Entry. Only the first 60 characters of each line will show.
Click Here to display Full Docket Entry or contact the court for the full text entry.

| Entry Date | Entry |
|---|---|
| 8/12/2016 | Civil Journal Bankruptcy created in Book 127 Page 425 |
| 8/12/2016 | Judgment BANKRUPTCY STAY for TAMMY WARREN rendered. Judgme |
| 8/12/2016 | NOTICE filed by DANIEL MIERAS/Plaintiff on 08/12/2016 /by a |
| 8/12/2016 | Service for FED 2ND CAUSE to TAMMY WARREN sent via Bailiff i |
| 8/11/2016 | Return of Service Form Notice sent to TAMMY WARREN |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMY WARREN via Regular Mail w |
| 8/11/2016 | Service for FED 2ND CAUSE to TAMMY WARREN sent via Regular M |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMY WARREN via Certified Mail |
| 8/11/2016 | FED 2ND CAUSE notice sent to TAMMYY WARREN via Bailiff in Eu |
| 8/11/2016 | Hearing Scheduled Notice sent to DANIEL MIERAS |

| Date | Description |
|---|---|
| 8/11/2016 | Paid $25.74 for Cost/LEGAL AID - STATE receipt# 2016313592 |
| 8/11/2016 | Paid $10.00 for Cost/CIVIL COMPUTER FUND receipt# 201631359 |
| 8/11/2016 | Paid $94.00 for Cost/CIVIL FILING FEE receipt# 2016313592 b |
| 8/11/2016 | Paid $0.26 for Cost/LEGAL AID - CITY receipt# 2016313592 by |
| 8/11/2016 | Paid $10.00 for Cost/CIVIL SPECIAL PROJECTS receipt# 201631 |
| 8/11/2016 | Original Claim for $15000.00 Filed, DANIEL MIERAS |
| 8/11/2016 | 1st Cause/Judge set for 09/06/2016 at 09:00 AM in room 2 |

Limitation on Liability.

Copyright © 2006 Euclid Municipal Court. All rights reserved.

Comments or Questions : ContactUs

This Web Site has been optimized for 1024x768 resolution.