UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: ) | |
| ) | CASE NO. 16-14047 |
| TAMMY WARREN, ) | |
| ) | Chapter 7 |
| DEBTOR ) | |
| ) | JUDGE ARTHUR I. HARRIS |
| ) | |
| ) | DANIEL MIERAS'S MOTION FOR |
| ) | RELIEF FROM STAY AND |
| ) | ABANDONMENT |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT

Notice is hereby given to the Court by Creditor Daniel Mieras that the Motion for Relief from Stay and Abandonment filed on August 11, 2016 (Doc #8) is hereby withdrawn.

Respectfully submitted,

/s/ Sarah S. Graham
Robert G. Friedman, Esq. (0063811)
Sarah S. Graham, Esq. (0070850)
James J. Costello, Esq. (0079532)
Powers Friedman Linn, PLL
23240 Chagrin Boulevard, Suite 180
Cleveland, Ohio 44122
Telephone (216) 514-1180
Facsimile (216) 514-1185
generalmail@pfl-law.com
*Attorneys for Creditor*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Motion for Relief from Stay and Abandonment was sent via electronically on 17 day of August 2016 to the following:

David O Simon, Esq. Trustee at david@simonlpa.com

Charles J Van Ness, Esq. *Attorney for Debtor at* cjvlaw@prodigy.net

And by regular U.S. Mail prepaid postage to:

Tammy Warren
840 East 236th Street
Euclid OH 44123

/s/ Sarah S. Graham
Robert G. Friedman, Esq. (0063811)
Sarah S. Graham, Esq. (0070850)
James J. Costello, Esq. (0079532)
*Attorney for Creditor*