**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | CASE NO. 16-14047 |
| TAMMY WARREN ) | |
| ) | Chapter 7 |
| DEBTOR ) | |
| ) | Judge ARTHUR I. HARRIS |
| ) | |
| ) | DERMONT LLC'S AMENDED |
| ) | NOTICE OF MOTION FOR RELIEF |
| ) | FROM STAY AND ABANDONMENT |
| ) | |
| ) | |
| ) | |

   Dermont LLC, a Creditor herein, has filed a Motion for Relief from the automatic stay with respect to your residential premises located at 840 East 236th Street Euclid, Ohio 44123, in this Bankruptcy case.

   **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

   If you do not want this Court to grant Daniel Mieras relief from the automatic stay, or if you want the Court to consider your views on the Motion, then on or before **September 7, 2016**, you or your attorney must:

   1.  File with the Court a written response to the Motion, explaining your position, at:

   Clerk of Courts
   U.S. Bankruptcy Court
   201 Superior Avenue
   Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

   2.  Mail a copy to:

   Sarah S. Graham, Esq.
   Powers Friedman Linn, PLL
   23240 Chagrin Blvd., Suite 180
   Cleveland, Ohio 44122

David O Simon, Esq.
1370 Ontario Street
Standard Building #450
Cleveland OH 44113
Trustee


Attend the hearing scheduled to be held on September 13, 2016 at 10:00am in Judge ARTHUR I. HARRIS's Courtroom, 201 Superior Avenue, Cleveland, OH 44114. The hearing may be adjourned by the Court from time to time without further notice.


If you or your attorney do not take these steps, the Court may decide that you

do not oppose the relief sought in the Motion and may enter an Order granting that relief

without a hearing.


Respectfully submitted,


/s/ Sarah S. Graham
Sarah S. Graham, Esq. (0070850)
POWERS FRIEDMAN LINN, PLL
Four Commerce Park Square
23240 Chagrin Boulevard, Suite 180
Cleveland, Ohio 44122
Telephone (216) 514-1180
Fax (216) 514-1185
sgraham@pfl-law.com
Attorney for Movant

## CERTIFICATE OF SERVICE

A copy of Dermont LLC's Amended Notice of Motion for Relief from Automatic Stay was sent electronically on the 18th day of August 2016 upon the following:

David O Simon, Esq. *Trustee at* david@simonlpa.com

Charles J Van Ness, Esq. Attorney for Debtor at cjvlaw@prodigy.net

And by regular U.S. Mail prepaid postage to:

Tammy Warren
840 East 236th Street
Euclid OH 44123

/s/ Sarah S. Graham
Sarah S. Graham, Esq. 0070850