UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-14047 |
| | ) | |
| TAMMY WARREN | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |

**NOTICE OF DEBTOR'S CHANGE OF MAILING ADDRESS**

Please take notice of Debtor's new mailing address as follows:

    23951 Lakeshore Blvd.
    Apt. B402
    Euclid, OH 44123

Accordingly, all further correspondence to Debtor should be sent to this new address.

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Hts., OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLAW@prodigy.net

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice was sent to David O. Simon, Chapter 7 Trustee, david@simonlpa.com on September 2, 2016.

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor